UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI, an individual, <br><br> Plaintiff/Counter-Defendant, <br> v. <br><br> TBI, INC., a Michigan corporation; <br><br> -and- <br><br> GEOFFREY WILLIAM SHEPSTONE, an individual; <br><br> Defendants/Counter-Plaintiffs. | Case No. 2:20-cv-11910-MAG-RSW <br><br> Honorable Mark A. Goldsmith |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff/Counter-Defendant Mark Dobronski, *pro se*, and Defendants/Counter-Plaintiffs TBI, Inc. and Geoffrey Shepstone, by and through undersigned counsel, hereby notify the Court that a Settlement Agreement has been executed in this action as of June 21, 2021. To that end, the undersigned parties hereby stipulate that this case, including all claims and counter-claims, be dismissed **with Prejudice** in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his/its own fees, costs, and disbursements.

[Signatures on next page.]

/s/ Emily C. Palacios
Emily C. Palacios (P64941)
Miller, Canfield, Paddock
 and Stone, P.L.C.
101 North Main Street, 7th Floor
Ann Arbor, MI 48104
p: 734.668.7784  | f: 734.747.7147
palacios@millercanfield.com

Mitchell N. Roth
Roth Jackson
8200 Greensboro Drive, Suite 820
McLean, Virginia 22102
p: 703.485.3525  | f: 703.485.3525
mroth@rothjackson.com

*Attorneys for Defendants*

/s/ Mark W. Dobronski
Mark W. Dobronski
PO Box 85547
Westland, MI 48185
p: 734.641.2300  |  f: 734.641.2323
markdobronski@yahoo.com

*Plaintiff in Propria Persona*

Dated: August 9, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2021, a copy of the foregoing document was filed electronically with the court's CM/ECF filing system, which will provide notice to the parties, and a copy served via U.S. Mail to Plaintiff:

Mark W. Dobronski
P.O. Box 85547
Westland, Michigan 48185-0547
Telephone: (734) 641-2300
E: markdobronski@yahoo.com

                                           */s/ Emily C. Palacios*
                                           Emily C. Palacios