UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

Case No. 20-cv-11910

HON. MARK A. GOLDSMITH

TBI, INC., et al.,

    Defendants.
_____/

## ORDER VACATING REFERRAL TO THE MAGISTRATE JUDGE (Dkt. 28) AND DISMISSING CASE WITH PREJUDICE

On August 5, 2021, the Court entered an order referring this case to the magistrate judge for all pretrial matters (Dkt. 28). The Court vacates this order.

Having been notified on August 9, 2021 that the parties have resolved the action (Dkt. 29), the Court dismisses the case with prejudice, subject to reopening on or before September 13, 2021, if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

SO ORDERED.

Dated: August 12, 2021  
    Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge